THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ROSS ISLAND SAND AND GRAVEL COMPANY, an Oregon Corporation, Oregon Registration No. 029100-16, WA UBI No. 409004895, WA Contractor's License No. ROSSISG197LE,<br><br>Defendant. | NO. 2:19-cv-02088 RSM<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES |

IN ACCORDANCE with Plaintiff's motion, the Court having considered the pleadings on file, and being otherwise generally advised;

The Court finds the revised attorney hours to be reasonable, and, therefore,

Plaintiff's motion for attorney fees in the amount of $884.00 is GRANTED.

DATED at Seattle, Washington, this 30th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Presented by:

*/s/ Noelle E. Dwarzski*

Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiff Trust Fund

ORDER FOR ATTORNEY FEES – 2
Cause No. 2:19-cv-02088-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

8200 548 dj28v101xk